PAULO PALUGOD (WSB #55822)*
JANETTE K. BRIMMER (WSB #41271)*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104-1711
(206) 343-7340 | Phone
ppalugod@earthjustice.org
jbrimmer@earthjustice.org

JENNY K. HARBINE (MSB #8481)
Earthjustice
313 East Main Street
Bozeman, MT  59715-6242
(406) 586-9699 | Phone
(406) 586-9695 | Fax
jharbine@earthjustice.org
* *Admitted pro hac vice*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, | ) No.  CV-22-32-GF-BMM |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL** |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency, | ) ) ) ) |
| | ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Upper Missouri Waterkeeper hereby gives notice that it is voluntarily dismissing this action in its entirety. This dismissal is without prejudice, with each party to bear its own fees and costs.

Dated: May 25, 2022.

Respectfully submitted,

*s/Paulo Palugod*
PAULO PALUGOD (WSB #55822)*
JANETTE K. BRIMMER (WSB #41271)*
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA  98104-1711
(206) 343-7340 | Phone
jbrimmer@earthjustice.org
ppalugod@earthjustice.org

*s/Jenny K. Harbine*
JENNY K. HARBINE (MSB #8481)
Earthjustice
313 East Main Street
Bozeman, MT  59715-6242
(406) 586-9699 | Phone
(406) 586-9695 | Fax
jharbine@earthjustice.org

*\* Admitted pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the today's date I served a copy of the foregoing on the defendants in the above-captioned matter by sending a copy via U.S. First Class Mail to each of the following addresses:

United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Michael S. Regan, Administrator
Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W
Washington, D.C. 20530-0001

Leif M. Johnson
U.S. Attorney for the District of Montana
United States Attorney's Office
P.O. Box 8329
Missoula, MT 59807

Dated:  May 25, 2022.

*s/Paulo Palugod*
PAULO PALUGOD (WSB #55822)